UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| RAVEN HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-2194-JWL |
| | ) | |
| vs. | ) | |
| | ) | |
| STORMONT-VAIL HEALTHCARE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AMENDED SCHEDULING ORDER

Plaintiff has filed an unopposed motion (ECF No. 41) to amend the scheduling order entered in this case (ECF No. 20).  For good cause shown, the motion is granted and the scheduling order is amended as follows:

a)	All discovery shall be commenced or served in time to be completed by **March 4, 2022.**

b)	The final pretrial conference is rescheduled from February 22, 2022, to **March 22, 2022, at 9:00 a.m.,** in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas.  Unless otherwise notified, the undersigned magistrate judge will conduct the conference.  No later than **March 14, 2022**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to

1

*ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

      c)      The deadline for filing potentially dispositive motions is now **April 6, 2022.**

      d)      The case shall remain set for trial on a trial calendar that will begin on **December 6, 2022.**  The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated January 24, 2022, at Kansas City, Kansas.

                                               s/ James P. O'Hara  
                                               James P. O'Hara  
                                               U.S. Magistrate Judge