# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RAVEN HENDERSON,<br><br>     Plaintiff,<br><br>v.<br><br>STORMONT-VAIL HEALTHCARE, INC.,<br><br>     Defendant. | Case No. 21-2194-JWL-ADM |

## ORDER

On March 7, 2021, the court convened a hearing on Defendant Stormont-Vail Healthcare, Inc.'s ("Stormont-Vail") Motion to Quash or Modify Plaintiff Raven Henderson's ("Henderson") Fed. R. Civ. P. 30(b)(6) Deposition Notice. (ECF 50.) Henderson appeared through counsel Michael Stipetich. Stormont-Vail appeared through counsel Susan L. Mauch. As set forth more fully on the record during the hearing, the court determined that Stormont-Vail filed this motion before the parties had adequately met and conferred, and the parties agreed that they would try to resolve the remaining areas of disagreement without motion practice. Accordingly, the court denied the motion without prejudice to being refiled if, after further conference, the parties reach an impasse.

**IT IS SO ORDERED.**

Dated March 7, 2022, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
